**Fill in this information to identify the case:**

Debtor 1    DONNA KAY FREEMON

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle     District of Tennessee
(State)

Case number   1:17-bk-00211

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of creditor:** Lakeview Loan Servicing, LLC.

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:   5   8   6   1

**Property address:** 355 Chicken Creek Rd.
Number     Street

_____

Pulaski       TN    38478
City               State    ZIP Code

| Part 2: | Prepetition Default Payments |
| --- | --- |

*Check one:*

- ☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

- ☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

| Part 3: | Postpetition Mortgage Payment |
| --- | --- |

*Check one:*

- ☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2020
  MM / DD / YYYY

- ☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

  Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:     (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

  c. **Total**. Add lines a and b.     (c) $ _____

  Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___ / ___ / ___
  MM / DD / YYYY

Case 1:17-bk-00211    Doc 36    Filed 01/08/20    Entered 01/08/20 09:10:51    Desc Main
Document     Page 1 of 3

| Part 4: | Itemized Payment History |
|---------|--------------------------|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ *Michael N. Wennerlund*                          Date  01/ 08 /2020
        Signature

Print   Michael          N.          Wennerlund          Title   Attorney for Secured Creditor
        First Name       Middle Name    Last Name

Company   Albertelli Law

If different from the notice address listed on the proof of claim to which this response applies:

Address   401 Commerce Street, Suite 150
          Number            Street

          Nashville                    TN        37219
          City                         State     ZIP Code

                                                          bktn@albertellilaw.com
Contact phone  ( 615 ) 265 – 0835                Email

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Notice of Final Cure Payment was served by CM/ECF notice and regular mail to the parties below this 8th day of January, 2020.


**VIA REGULAR MAIL:**
**DONNA KAY FREEMON**
355 CHICKEN CREEK ROAD
PULASKI, TN 38478
*Debtor*


**VIA ECF:**
**J. ROBERT HARLAN**
HARLAN, SLOCUM & QUILLEN
P.O. BOX 949
COLUMBIA, TN 38402-0949
*Attorney for Debtor*


**VIA ECF:**
**HENRY EDWARD HILDEBRAND, III**
OFFICE OF THE CHAPTER 13 TRUSTEE
P.O. BOX 340019
NASHVILLE, TN 37203-0019
*Chapter 13 Trustee*


**VIA ECF:**
**US TRUSTEE**
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966



*/s/ Michael N. Wennerlund*
Michael N. Wennerlund (031332)


A|LAW FILE NO. 19-020288